Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Trina Azizi

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA AZIZI, | ) No. 8:20-cv-00050-ADS |
| Plaintiff, | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
| v. | ) **ATTORNEY FEES AND COSTS** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award and Payment:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of TWO THOUSAND THREE HUNDRED SIXTY-THREE DOLLARS and THIRTEEN CENTS ($2,363.13), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS  ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated:   4/28/2020

　　　　　　　　　　　/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE